B3A (Official Form 3A) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# Eastern DIVISION

In re *William P Comer III*
        *and*
*Jennifer S Comer*

Case No. 13-16191

Chapter 7

FILED
UNITED STATES BANKRUPTCY COUR
DISTRICT OF ILLINOIS
APR 18 2013
KENNETH S. GARDNER, CLERK
'S REP. - LR

_____ ,
Debtor(s)

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to        $ 306.00
   in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional payment or
   transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*
   _____$ 76.50 Check one  ☒ With the filing of the petition, or
                            ☐ On or before _____
   _____$ 76.50 On or before ~~5/15/2013~~ ⚞ 6-17-2013
   _____$ 76.50 On or before ~~6/15/2013~~ ⚞ 7-17-2013
   _____$ 76.50 On or before ~~7/15/2013~~ ⚞ 8-16-2013

*  The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than
   120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last
   installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not
   receive a discharge of my debts.

X _____          X _____  4/14/2013
   Signature of Attorney              Date              Signature of Debtor            Date
                                                       (In a joint case, both spouses must sign)

_____            X _____  4/14/2013
   Name of Attorney                                     Signature of Joint Debtor (if any)   Date